# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

AMELIA MASK, on
Behalf of E.K.M., a minor                                    PLAINTIFF

v.                          No. 1:18-cv-38-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                                      DEFENDANT

## ORDER

No one objected to Magistrate Judge Volpe's Recommended Disposition, № 15. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the recommendation. Mask's complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_7 May 2019_