IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMELIA MASK, on
Behalf of E.K.M., a minor                                         PLAINTIFF

v.                      No. 1:18-cv-38-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                                           DEFENDANT

## JUDGMENT

Mask's complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 May 2019